# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| JEFFERY THOMAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV419-271 |
| | ) |
| ANDREW SAUL, *Commissioner* | ) |
| *of Social Security*, | ) |
| | ) |
| Defendant. | ) |

## REPORT AND RECOMMENDATION

Represented by counsel, plaintiff Jeffery Thomas has filed a complaint asking the Court to review the denial of his social security income benefits. Doc. 1. He also seeks leave to proceed *in forma pauperis* ("IFP"). Doc. 2. After reviewing plaintiff's application, as he does not appear incapable of paying the filing fee, his motion for leave to proceed IFP should be **DENIED**.

In his application to proceed IFP, plaintiff claims to hold $1,633 in liquid assets. Doc. 2 at 2. Though he claims income of only $100 per month from gifts, *id*. at 1–2, he identifies only $100 in monthly expenses, *id*. at 4–5. All other assets and expenses are listed as $0. *See id*.

While a plaintiff need not be absolutely destitute in order to proceed IFP, *Adkins v. E.I. Dupont de Nemours*, 335 U.S. 331, 339 (1948), the fact that financing his own litigation may cause some difficulty is not sufficient to relieve a plaintiff of his obligation to pay his own way where it is possible to do so without undue hardship. *Thomas v. Secretary of Dep't of Veterans Affairs*, 358 F. App'x 115, 116 (11th Cir. 2009) (the Court has wide discretion in ruling on IFP application, and should grant the privilege "sparingly" in civil cases for damages). As plaintiff has sufficient available assets to cover the cost of filing this case, the Court **RECOMMENDS** that the motion to proceed IFP be **DENIED**. Doc. 2.

This R&R is submitted to the district judge assigned to this action, pursuant to 28 U.S.C. § 636(b)(1)(B) and this Court's Local Rule 72.3. Within 14 days of service, any party may file written objections to the R&R with the Court and serve a copy on all parties. The document should be captioned "Objections to Magistrate Judge's Report and Recommendations." Any request for additional time to file objections should be filed with the Clerk for consideration by the assigned district judge. Plaintiff may also file within 14 days of service any supplement to

his IFP application, including justification for any changes or discrepancies.

After the objections period has ended, the Clerk shall submit this R&R together with any objections to the assigned district judge. The district judge will review the magistrate judge's findings and recommendations pursuant to 28 U.S.C. § 636(b)(1)(C). The parties are advised that failure to timely file objections will result in the waiver of rights on appeal. 11th Cir. R. 3-1; *see Symonette v. V.A. Leasing Corp.*, 648 F. App'x 787, 790 (11th Cir. 2016); *Mitchell v. United States*, 612 F. App'x 542, 545 (11th Cir. 2015).

**SO REPORTED AND RECOMMENDED**, this 24th day of June, 2020.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA