IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JEFFERY THOMAS, )
)
    Plaintiff, )
)
v. ) CASE NO. CV419-271
)
ANDREW SAUL, Commissioner of )
Social Security, )
)
    Defendant. )
)

O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 5), to which no objections have been filed. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. Plaintiff's Application to Proceed in Forma Pauperis (Doc. 2) is **DENIED**.

SO ORDERED this 21ST day of July 2020.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA