IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JEFFERY THOMAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. CV419-271 |
| | ) |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) ) ) |
| | ) |
| Defendant. | ) |

O R D E R

Before the Court is Defendant Kilolo Kijakazi's Unopposed Motion to Remand.[1] (Doc. 18.) After careful consideration, Defendant's motion (Doc. 18) is **GRANTED**. Pursuant to 42 U.S.C. § 405(g), the Commissioner's decision is **REVERSED,** and this case is **REMANDED** to the Administrative Law Judge for further consideration of Plaintiff's residual functional capacity. The Clerk of Court is **DIRECTED** to enter **JUDGMENT** consistent with this Order and to close this case.

SO ORDERED this 4th day of October 2021.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Federal Rule of Civil Procedure 25(d), the Clerk is **DIRECTED** to substitute Kilolo Kijakazi for Andrew Saul as the defendant in this suit.